01
02
03
04
05
06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,      )   CASE NO. 06-530M
                                   )
09        Plaintiff,                )
                                   )
10        v.                        )
                                   )   DETENTION ORDER
11  HUBERT THEODORE ISABEL,         )
                                   )
12        Defendant.                )
    _____  )

13

14  <u>Offense charged</u>:

15        Felon in Possession of a Firearm

16  <u>Date of Detention Hearing</u>:   October 17, 2006

17        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22        (1)   Defendant was arrested in the course of surveillance in a known drug trafficking

DETENTION ORDER                                          15.13
18 U.S.C. § 3142(i)                                      Rev. 1/91
PAGE 1

area in downtown Seattle by Seattle Police officers.  Defendant, a convicted felon, was arrested for unlawfully possessing a firearm.

(2)    Defendant has a lengthy criminal record that includes at least three prior felony convictions, assault convictions, controlled substance convictions, and weapons charges.  He is on active community supervision, and, according to the Washington State Department of Corrections, is performing poorly.  He has been charged with violation of community supervision for failing to report, failing to obey laws, possession of a controlled substance, failure to pay fine, providing a false address; failing to enroll in the victims panel, failing to submit to urine testing, testing positive for marijuana and methamphetamine, possession of crack cocaine and for new law violations.  He absconded from community supervision in May and September 2006.

(3)    Defendant has an unstable residence and employment history.

(4)    Defendant poses a risk of nonappearance due to a history of absconding from community supervision, alleged use of illegal substances and poor performance on community supervision.  He poses a risk of danger due to criminal history, alleged use of illegal substances and the alleged circumstances of the current charges.

(5)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)    Defendant shall be detained pending trial and committed to the custody of the
      Attorney General for confinement in a correction facility separate, to the extent
      practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge