UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-377-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| HUBERT THEODORE ISABEL, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on May 18, 2010. The United States was represented by AUSA Jeffrey Backhus and the defendant by Walter Palmer. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 2, 2008 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 46 months custody, 3 years supervised release. (Dkt. 94, 95.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program and testing, abstain from alcohol, submit to search, participate in mental health treatment, provide financial information

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to his probation officer as requested, and be prohibited from associating with any known gang members.

In an application dated April 30, 2010 (Dkt. 96, 97), U.S. Probation Officer Mark J. Chance alleged the following violations of the conditions of supervised release:

1. Using a controlled substance, specifically marijuana, on or about 4/8/10, 4/12/10, 4/21/10, and 4/27/10, in violation of standard condition No. 7.

2. Using a controlled substance, specifically cocaine, on or about 4/12/10, 4/21/10, and 4/27/10, in violation of standard condition No. 7.

3. Failing to work regularly at a lawful occupation since commencement of supervised release, in violation of standard condition No. 5.

At the hearing, the AUSA advised that an additional violation report will be filed, alleging that the defendant used marijuana and cocaine on or about 5/6/2010. This additional violation should be addressed at the disposition hearing.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1-3 and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

/ / /

/ / /

/ / /

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01    Pending a final determination by the Court, defendant has been detained.

02    DATED this 18th day of May, 2010.

                    *[signature]*
                    Mary Alice Theiler
                    United States Magistrate Judge

cc:   District Judge:         Honorable John C. Coughenour
      AUSA:                   Jeffrey Backhus
      Defendant's attorney:   Walter Palmer
      Probation officer:      Mark J. Chance

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3