# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUBERT THEODORE ISABEL,<br><br>Defendant. | NO. CR06-377-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 1, 2011. The United States was represented by Assistant United States Attorney Jeffrey Backhus, and the defendant by Walter Palmer.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On or about May 2, 2008, defendant was sentenced by the Honorable John C. Coughenour, to a term of 46 months in custody, to be followed by 3 years of supervised release. (The Court subsequently revoked defendant's supervised release on June 2, 2010 and February 4, 2011.)

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

mental health programs, financial disclosure, submit to search, and participate in alcohol treatment as directed by the probation office.

In a Petition for Warrant or Summons, dated June 28, 2011, U.S. Probation Officer Jennifer Van Flandern asserted the following violations by defendant of the conditions of his supervised release:

1. Frequenting places where controlled substances are illegally sold, used, distributed, or administered on or about April 29, 2011, in violation of standard condition eight.

2. Using marijuana on or before May 17, 2011, in violation of standard condition seven.

3. Committing the crime of Drug Trafficking Loitering and Obstructing Public Official on or about May 30, 2011, in Seattle, Washington, in violation of the general condition that he not commit a federal, state or local crime.

4. Using amphetamine, marijuana, and cocaine on or before June 1, 2011, in violation of standard condition seven.

5. Using alcohol on or about June 17, 2011, and MDMA on or about June 19, 2011, in violation of standard condition seven.

The defendant was advised of his rights, acknowledged those rights, and admitted to violations 2, 4 and 5. Defendant denied alleged violations 1 and 3.

On July 27, 2011, an evidentiary hearing was held before the undersigned Magistrate Judge. Defendant admitted to violation 3 and alleged violation 1 was dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations, 2, 3, 4 and 5 and that the Court conduct a hearing limited to disposition. A disposition hearing on violations 2, 3, 4 and 5 has been set before the Honorable John C. Coughenour on August 5, 2011 at 9:00 a.m.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1 | Pending a final determination by the Court, the defendant has been detained.
2 | DATED this 27th day of July, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Jeffrey Backhus
Defendant's attorney: Walter Palmer
Probation officer: Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3